BEFORE THE SECOND DIVISION, OCTOBER 28, 1954

**No. 58449.**—B. A. McKenzie & Co., Inc. *v.* United States, protests 142702–K, etc. (Seattle).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of internal-combustion engines the same in all material respects as the articles involved in *Geo. S. Bush & Co., Inc.* v. *United States* (41 C. C. P. A. 33, C. A. D. 525), the claim of the plaintiff was sustained. It was held that the value of the items involved is the percentage of the appraised value of said power saws, as noted in green ink, on the invoices by the examiner.

**No. 58450.**—Border Brokerage Co. and Geo. S. Bush & Co., Inc. *v.* United States, protests 202831–K and 185729–K (Seattle).

Opinion by RAO, J. In accordance with stipulation of counsel that the items of the merchandise marked "A," parts of internal-combustion engines, imported separately, or marked "B," internal-combustion engines, imported with power saws, are the same in all material respects as the articles involved in *Geo. S. Bush & Co., Inc.* v. *United States* (41 C. C. P. A. 33, C. A. D. 525), the claim of the plaintiffs was sustained. Further, in accordance with said stipulation, it was held that the value of said items marked "A" is the appraised value and that the value of said items marked "B" is the percentage of the appraised value of said power saws, as noted in green ink on the invoices by the examiners.